## WALTER EDWARDS v. STATE.

No. A-42. Opinion Filed September 25, 1909.

(103 Pac. 1072.)

APPEAL—Necessity of Petition in Error. To perfect an appeal to this court the case-made or transcript of the record must be attached to, and accompanied by, a petition in error. If this is not done, the appeal will be dismissed.

(Syllabus by the Court.)

*Appeal from Carter County Court; I. R. Mason, Judge.*

Walter Edwards was convicted of violating the prohibition law, and he appeals. Dismissed.

*Fred S. Caldwell,* for the State.

FURMAN, PRESIDING JUDGE.    No briefs have been filed by counsel for the defendant.    The record is regular, and no errors appear therein.    The case would be affirmed were it not for the fact that no petition in error is attached to or accompanied the case-made, as is required by section 5612, Wilson's Rev. & Ann. St. 1903.    The language of the statute is mandatory.    It is as follows: "Such original case-made shall be filed with the petition in error."    There being no petition in error filed in this case, there is nothing for the court to consider.

The attempted appeal is therefore dismissed.

DOYLE and OWEN, JUDGES, concur.